# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128600

PAUL ANDREW KINCHLOE,
      Plaintiff-Appellant,

v

                                 SC: 128600
                                 COA: 261206

DEPARTMENT OF CORRECTIONS,
      Defendant-Appellee.
                                 Ionia CC: 04-023546-AH

_____/

      On order of the Court, the application for leave to appeal the April 22, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

d1024

                                 Clerk